## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE April 10, 2018 |
|---|---|
| NAME OF SERVER *(PRINT)* Ewanshia J. Graham | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: Shon R. Sherman, Legal Counsel

☐ Returned unexecuted: ____________

☐ Other (specify) : ____________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 10, 2018
Date

[signature]
*Signature of Server*

11807 Westheimer Hou, TX 77077
*Address of Server*