**CASE CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------X

DOUGLAS WEBB, on behalf of himself and all
others similarly situated,

      Plaintiff,

vs.

GC SERVICES LIMITED PARTNERSHIP,

      Defendant.

---------------------------------------------------------------X

Civil Action No. 2:18-CV-00629-MCA-LDW

**ORDER & JUDGMENT**

  An Offer of Judgment was filed pursuant to Federal Rule of Civil Procedure 68, and the plaintiff Douglas Webb have accepted said Offer (see, ECF Dkt. No. 19), and for good cause appearing;

  IT IS on this ____ day of February 2019;

  **ADJUDGED** that judgment is entered in favor of the plaintiff Douglas Webb in the sum of One Thousand One Dollars ($1,001.00) and against Defendant GC Services Limited Partnership; and it is

  **ORDERED** that pursuant to the terms of the Offer, Plaintiff will apply to the Court for the costs of the action and reasonable attorneys' fees within 30 days of entry of this Order and Judgment, should the parties not come to an agreement as to those costs and fees.

                 MADELINE COX ARLEO, U.S.D.J.